UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. d/b/a UNILEVER,

                   Plaintiff,

        -against-

INTERNATIONAL IP HOLDINGS, LLC,

                   Defendant.

No. 13 CV 18381 (GBD)

**DECLARATION OF
MARTIN D. EDEL**

Martin D. Edel hereby declares under penalty of perjury:

1.     I am a member in good standing of the Bar of this Court, and a member of

the law firm of Miller & Wrubel P.C., attorneys for defendant International IP Holdings, LLC.

2.     I annex hereto as Exhibit A, a true and correct copy of the Complaint in

the action International IP Holdings, LLC v. Conopco, Inc. d/b/a Slim-Fast Foods Company,

13 Civ. 111880 (JCO) (MJH), filed in the United States District Court for the Eastern District

of Michigan.

3.     I annex hereto as Exhibit B, a true and correct copy of the Complaint in the

action Conopco, Inc. d/b/a Unilever v. International IP Holdings, LLC, 13 Civ. 1838 (GBD), filed

in the United States District Court for the Southern District of New York.

4.     I annex hereto as Exhibit C, a true and correct copy of a Letter

from Robert A. Bondra to Vanessa C. Hew, dated March 1, 2013.

Dated: March 21, 2013

_____
Martin D. Edel