UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. d/b/a UNILEVER,

           Plaintiff,

-against-

INTERNATIONAL IP HOLDINGS, LLC,

           Defendant.

No. 13 CV 18381 (GBD)

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant International IP Holdings, LLC certifies that there is no parent corporation or publicly held corporation owning 10% or more of its stock..

Dated: March 21, 2013

                                            MILLER & WRUBEL P.C.

                                            By: _____
                                                   Martin D. Edel
                                                   Adam J. Safer
                                                   570 Lexington Avenue
                                                   New York, New York 10022
                                                   (212) 336-3500
                                                   Facsimile: (212) 336-3555

                                                   *Attorneys for Defendant*