UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER,<br><br>    Plaintiff,<br><br>-against-<br><br>INTERNATIONAL IP HOLDINGS, LLC,<br><br>    Defendant. | No. 13 CV 1838 (GBD)<br><br>**DECLARATION OF<br>MARTIN D. EDEL** |

    Martin D. Edel hereby declares under penalty of perjury:

    1. I am a member in good standing of the Bar of this Court, and a member of the law firm of Miller & Wrubel P.C., attorneys for defendant International IP Holdings, LLC.

    2. I annex hereto as Exhibit A, a true and correct copy of the Complaint in the action International IP Holdings, LLC v. Conopco, Inc. d/b/a Slim-Fast Foods Company, 13 Civ. 111880 (JCO) (MJH), filed in the United States District Court for the Eastern District of Michigan.

    3. I annex hereto as Exhibit B, a true and correct copy of the Complaint in the action Conopco, Inc. d/b/a Unilever v. International IP Holdings, LLC, 13 Civ. 1838 (GBD), filed in the United States District Court for the Southern District of New York.

    4. I annex hereto as Exhibit C, a true and correct copy of a Letter from Robert A. Bondra to Vanessa C. Hew, dated March 1, 2013.

Dated: March 21, 2013

                            /s/ Martin D. Edel
                            Martin D. Edel