# EXHIBIT C

Case 1:13-cv-01838-GBD   Document 10-3   Filed 03/22/13   Page 1 of 5

**OAKLAND LAW GROUP, PLLC**
38955 HILLS TECH DRIVE
FARMINGTON HILLS, MICHIGAN 48331
PHONE 248-560-0198 • FAX 248-871-9895

March 1, 2013

Ms. Vanessa C. Hew
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

Re:   Response to SLIM-FAST Intellectual Property Letter
      Your Ref: Y0759-00945
      Our File: 0914.2070

Dear Ms. Hew,

We represent International IP Holdings, LLC ("IIPH") in connection with its intellectual-property matters. Your letter dated February 15, 2013 has been referred to us for response. Your letter concerns the advertising, promotion and sale of goods bearing our client's SLIMFUL mark and alleges that our client's actions constitute infringement of your client's SLIM-FAST mark and other related intellectual property.

Although our client denies the allegations and representations contained in your letter, the packaging/trade dress of its SLIMFUL branded goods has been changed. The revised packaging/trade dress is enclosed herewith as Appendix–1. These changes were made prior to receiving your letter. We submit that the revised packaging and branding thereon is outside of your client's alleged intellectual property rights.

Nevertheless, we recognize that there are differing viewpoints regarding what does and does not constitute infringement of one's intellectual property. It has been our experience that these matters can often be efficiently resolved through a meeting between the parties (or their respective attorneys) before a more formal approach is taken. If, after review of the enclosed packaging, your client maintains the allegations in your letter, we would be amenable to meeting at your offices to discuss (and hopefully reach) an amicable resolution. We can make ourselves available as early as next week at a mutually agreeable day and time. We expect that a discussion of this matter would take no more than a few hours.

Additionally, we acknowledge receipt of the February 27th letter from your colleague, Mr. Gulia regarding labeling of SLIMFUL products. In lieu of an additional written response, we would be prepared to discuss the issues raised in Mr. Gulia's letter at the above-proposed meeting.

We look forward to hearing from you. Should you have any questions or if you would like to discuss this matter further via telephone, please do not hesitate to contact me.

Very truly yours,

Robert A. Bondra

*Enclosure*

Direct Dial: (248)536-0806 · Direct Fax: (248)536-1858 · email: rbondra@oaklandlawgroup.com

# APPENDIX–1







