UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CONOPCO, INC. d/b/a UNILEVER,

        Plaintiff(s),   Case No. 13 CV 1838

      -against-   AFFIDAVIT OF SERVICE

INTERNATIONAL IP HOLDINGS, LLC,

        Defendant(s).
-------------------------------------------------------X
STATE OF MICHIGAN )
                   S.S.:
COUNTY OF MACOMB)

      JOHN SMITH, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 20th day of March, 2013, at approximately 4:40 PM, deponent served a true copy of the Summons in a Civil Action, Complaint and Jury Demand, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Ronald L. Ellis, Individual Practices of Judge George B. Daniels and Electronic Case Filing Rules & Instructions upon INTERNATIONAL IP HOLDINGS, LLC at 26600 Haggerty Road, Farmington Hills, Michigan, by personally delivering and leaving the same with Darin LeBeau, Attorney, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Darin LeBeau is a white male, approximately 50 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 170 pounds with brown hair.

_____
JOHN SMITH

Sworn to before me this
21st day of March, 2013

_____
NOTARY PUBLIC

Dawn Smerecki, Notary Public
State of Michigan, County of Macomb
My Commission Expires 6/13/2015
Acting in the County of _____

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007 212.822.1421 NYC DCA# 1320502