UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. d/b/a UNILEVER,

                Plaintiff,

-against-

INTERNATIONAL IP HOLDINGS, LLC,

                Defendant.

No. 13 CV 01838 (GBD)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of MARK A. CANTOR, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Michigan and that his contact information is as follows:

> Mark A. Cantor
> Brooks Kushman P.C.
> 1000 Town Center, 22nd Floor
> Southfield, Michigan 48075
> T (248) 358-4400 / F (248) 358-3351
> mcantor@brookskushman.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant International IP Holdings, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: APR 17 2013

HON. GEORGE B. DANIELS
United States District/Magistrate Judge