IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CONOPCO, INC. d/b/a UNILEVER            :

               Plaintiff,            :       Case No.: 1:13-cv-01838-GBD

                                                     :

          -against-            :       ECF CASE

INTERNATIONAL IP HOLDINGS, LLC         :

                                                     :

              Defendant.           :

------------------------------------------------------------X

**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME
TO OPPOSE MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER VENUE**

Plaintiff Conopco, Inc. d/b/a Unilever, by and through its undersigned counsel, and defendant International IP Holdings, LLC ("Defendant"), by and through its undersigned counsel, do hereby stipulate to extend the time for Plaintiff to oppose Defendant's Motion to Dismiss or in the Alternative Transfer Venue from April 22, 2013 through and including May 22, 2013. This stipulated extension of time has been agreed upon by all parties. During this period, the parties have agreed that neither party will file any motions or responses to any motions in this action. This is the second extension of time requested in this case. The requested extension will not affect any other scheduled dates in this case. This extension is not being entered for the purpose of delay, but for the purpose of allowing the parties additional time to continue their settlement discussions.

Dated: New York, New York
       April 18, 2013

Case 1:13-cv-01838-GBD   Document 20   Filed 04/23/13   Page 2 of 2

Respectfully Submitted,

| | |
|---|---|
| Adam J. Safer<br>MILLER & WRUBEL, P.C.<br>570 Lexington Avenue, 25th Floor<br>New York, NY 10022<br>(212) 336-3500 (Telephone)<br>(212) 336-3555 (Facsimile)<br>asafer@mw-law.com (Email)<br><br>and<br><br>Mark A. Cantor<br>BROOKS KUSHMAN P.C.<br>1000 Town Center Twenty-Second Floor<br>Southfield, MI 48075<br>248-358-4400 (Telephone)<br>248-358-3351 (Facsimile)<br>mcantor@brookskushman.com (Email) | Gregory P. Gulia<br>Vanessa C. Hew<br>DUANE MORRIS LLP<br>1540 Broadway<br>New York, NY 10036<br>212-692-1000 (Telephone)<br>212-692-1020 (Facsimile)<br>gpgulia@duanemorris.com (Email)<br>vchew@duanemorris.com (Email) |

APR 23 2013

SO ORDERED.

_____
Hon. George B. Daniels
United States District Court Judge

**HON. GEORGE B. DANIELS**

2