IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CONOPCO, INC. d/b/a UNILEVER            :

            Plaintiff,     :

                           :

    -against-                                  :

INTERNATIONAL IP HOLDINGS, LLC          :

                           :   Case No.: 1:13-cv-01838-GBD

            Defendant.     :

-----------------------------------------------------------X

## STIPULATION AND [REDACTED] ORDER FOR FURTHER EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER VENUE

Plaintiff Conopco, Inc. d/b/a Unilever, by and through its undersigned counsel, and defendant International IP Holdings, LLC ("Defendant"), by and through its undersigned counsel, do hereby stipulate to extend the time for Plaintiff to oppose Defendant's Motion to Dismiss or in the Alternative Transfer Venue from May 22, 2013 through and including June 21, 2013. This stipulated extension of time has been agreed upon by all parties. During this period, the parties have agreed that neither party will file any motions or responses to any motions in this action. This is the third extension of time requested in this case. The requested extension will not affect any other scheduled dates in this case. This extension is not being entered for the purpose of delay, but for the purpose of allowing the parties additional time to continue their settlement discussions.

Dated: New York, New York
       May 16, 2013

Respectfully Submitted,

*[signature]*

Adam J. Safer
MILLER & WRUBEL, P.C.
570 Lexington Avenue, 25th Floor
New York, NY 10022
(212) 336-3500 (Telephone)
(212) 336-3555 (Facsimile)
asafer@mw-law.com (Email)

and

Mark A. Cantor
BROOKS KUSHMAN P.C.
1000 Town Center Twenty-Second Floor
Southfield, MI 48075
248-358-4400 (Telephone)
248-358-3351 (Facsimile)
mcantor@brookskushman.com (Email)

*[signature]*

Gregory P. Gulia
Vanessa C. Hew
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
212-692-1000 (Telephone)
212-692-1020 (Facsimile)
gpgulia@duanemorris.com (Email)
vchew@duanemorris.com (Email)

SO ORDERED.   MAY 23 2013

*[signature]*

Hon. George B. Daniels
United States District Court Judge
**HON. GEORGE B. DANIELS**

2