# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
PERSONAL FAX: 212.202.6014
E-MAIL: gpgulia@duanemorris.com

www.duanemorris.com

June 19, 2013

**SO ORDERED**

The conference is scheduled for July 30, 2013 at 9:30 a.m.

*George B. Daniel*

HON. GEORGE B. DANIELS

BY FAX (212) 805-6737

JUN 20 2013

Hon. George B. Daniels
United States District Court for the
Southern District of New York
500 Pearl Street
Courtroom 11A
New York, NY 10007

Re: **Conopco, Inc. d/b/a Unilever v. International IP Holdings, LLC**
    **Case No.: 13 CV 1838 (GBD)**

Dear Judge Daniels:

We submit this letter on behalf of the parties, plaintiff Conopco, Inc. d/b/a Unilever and defendant International IP Holdings, LLC. We are writing to the Court to respectfully request an adjournment of the initial pretrial conference scheduled with Your Honor on Thursday, June 27, 2013 at 9:30 a.m. This request is made on behalf of all parties.

The requested adjournment is sought on the grounds that defendant's motion to dismiss or alternatively transfer venue is still pending and has not been fully briefed. Furthermore, the parties are currently in the process of conducting settlement discussions and would like to focus their efforts upon reaching an amicable resolution of this matter in the hopes that this matter can be resolved without the expenditure of any additional legal and/or judicial resources.

This is the first requested adjournment with respect to the initial pretrial conference. The requested adjournment will not affect any other scheduled dates in this matter.

DuaneMorris

Hon. George B. Daniels
June 19, 2013
Page 2

       Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  Gregory Gulia (vch)
                                  Gregory P. Gulia

GPG:slj

cc:    Mark A. Cantor, Esq. (counsel for defendant)
       Thomas W. Cunningham, Esq. (counsel for defendant)
       Marc Lorelli, Esq. (counsel for defendant)
       Adam J. Safer, Esq. (local counsel for defendant)
       Vanessa C. Hew, Esq. (counsel for plaintiff)

DM2\4324418.1