

13 CV 1838

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

2013 MAR 19  P 10: 21

U S DISTRICT COURT SDNY

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CONOPCO, INC. d/b/a UNILEVER           :

                Plaintiff,           :

                               :           **RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF**

             -against-           :

INTERNATIONAL IP HOLDINGS, LLC        :

                               :           Case No.:

              Defendant.           :
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Conopco, Inc. d/b/a Unilever (a private non-governmental corporate party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which is publicly held and/or own 10% or more of the said party's stock:

Unilever N.V. and Unilever PLC

Dated: New York, New York

March 19, 2013

                                      DUANE MORRIS LLP

                                      By: _____
                                            Gregory P. Gulia
                                            Vanessa C. Hew
                                            1540 Broadway
                                            New York, New York  10036-4086
                                            (212) 692-1000

                                            Attorneys for Plaintiff
                                            Conopco, Inc. d/b/a Unilever