DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
PERSONAL FAX: 212.202.6014
*E-MAIL:* gpgulia@duanemorris.com

*www.duanemorris.com*

July 18, 2013

**BY FAX (212) 805-6737**

JUL 22 2013

SO ORDERED
The conference is adjourned to August 6, 2013 at 9:30 a.m.
HON. GEORGE B. DANIELS

Hon. George B. Daniels
United States District Court for the
Southern District of New York
500 Pearl Street
Courtroom 11A
New York, NY 10007

**Re: Conopco, Inc. d/b/a Unilever v. International IP Holdings, LLC**
**Case No.: 13 CV 1838 (GBD)**

Dear Judge Daniels:

We submit this letter on behalf of the parties, plaintiff Conopco, Inc. d/b/a Unilever and defendant International IP Holdings, LLC. We are writing to the Court to respectfully request an adjournment of the initial pretrial conference scheduled with Your Honor on Thursday, July 30, 2013 at 9:30 a.m. This request is made on behalf of all parties.

The requested adjournment is sought on the grounds that the parties have reached a settlement in principle and are currently in the process of drafting a settlement agreement. This is the second requested adjournment with respect to the initial pretrial conference. The requested adjournment will not affect any other scheduled dates in this matter.

Thank you for your consideration of this request.

Respectfully submitted,

Gregory Gulia (vch)

Gregory P. Gulia

GPG:slj

07/18/2013 18:14 FAX 12126921020 DUANE MORRIS LLP 003/003

DuaneMorris

Hon. George B. Daniels
July 18, 2013
Page 2

cc: Mark A. Cantor, Esq. (counsel for defendant)
Thomas W. Cunningham, Esq. (counsel for defendant)
Marc Lorelli, Esq. (counsel for defendant)
Adam J. Safer, Esq. (local counsel for defendant)
Vanessa C. Hew, Esq. (counsel for plaintiff)

DM2\4373337.1