# MILLER | WRUBEL

WRITER'S DIRECT NUMBER
(212) 336-3506
E-MAIL
asafer@mw-law.com

FACSIMILE
(212) 336-3555

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 1 2013

July 30, 2013

*VIA FACSIMILE (212-805-6737)*

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 11A
New York, NY 10007

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: AUG 0 1 2013

> *Re:* *Conopco, Inc. d/b/a Unilever v. International IP Holdings, LLC*
> *Case No. 13 CV 1838 (GBD)*

Dear Judge Daniels:

We submit this letter on behalf of the parties, plaintiff Conopco, Inc. d/b/a/ Unilever and defendant International IP Holdings, LLC. Further to our telephone call yesterday afternoon with Your Honor's Clerk, we are writing to the Court to respectfully request an adjournment of the initial pretrial conference currently scheduled for Tuesday, August 6, 2013 at 9:30 a.m. to September 10, 2013. This request is made on behalf of all parties.

The requested adjournment is sought on the grounds that the parties have reached a settlement in principle but require additional time to finalize a settlement agreement. This is the third requested adjournment with respect to the initial pretrial conference. The requested adjournment will not affect any other dates in this matter.

Thank you for your consideration of this request.

Yours very truly,

Adam J. Safer

cc:    Vanessa C. Hew, Esq.
       Mark A. Cantor, Esq.
       Thomas W. Cunningham, Esq.
       Marc Lorelli, Esq.