IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CONOPCO, INC. d/b/a UNILEVER                :

            Plaintiff,                                :

                                                           :

            -against-                                :   Case No.: 1:13-cv-01838-GBD

INTERNATIONAL IP HOLDINGS, LLC     :

                                                           :

            Defendant.                                :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 11 2013

**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER VENUE**

Plaintiff Conopco, Inc. d/b/a Unilever, by and through its undersigned counsel, and defendant International IP Holdings, LLC, by and through its undersigned counsel, do hereby stipulate to extend the time for Plaintiff to oppose Defendant's Motion to Dismiss or in the Alternative Transfer Venue from August 21, 2013 through and including October 23, 2013. This stipulated extension of time has been agreed upon by the parties. During this period, the parties have agreed that neither party will file any motions or responses to any motions in this action. This is the fifth extension of time requested for this matter. The requested extension will not affect any other scheduled dates in this case. This extension is not being entered for the purpose of delay. The parties have reached a settlement in principle and are now in the process of finalizing their settlement agreement.

Dated: New York, New York
August 21, 2013

Respectfully Submitted,

/s/ Adam J. Safer
Adam J. Safer
MILLER & WRUBEL, P.C.
570 Lexington Avenue, 25th Floor
New York, NY 10022
212-336-3500 (Telephone)
212-336-3555 (Facsimile)
asafer@mw-law.com (Email)

and

Mark A. Cantor
BROOKS KUSHMAN P.C.
1000 Town Center
Southfield, MI 48075
248-358-4400 (Telephone)
248-358-3351 (Facsimile)
mcantor@brookskushman.com (Email)

Greg Gulia AC
Gregory P. Gulia
Vanessa C. Hew
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
212-692-1000 (Telephone)
212-692-1020 (Facsimile)
gpgulia@duanemorris.com (Email)
vchew@duanemorris.com (Email)

SO ORDERED.        SEP 11 2013

/s/ George B. Daniels
Hon. George B. Daniels
United States District Court Judge

DM2\4429284.1