Daniels, G-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 23 2013

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONOPCO, INC. d/b/a UNILEVER,

    Plaintiff,

v.

INTERNATIONAL IP HOLDINGS, LLC,

    Defendant.

Case No.: 1:13-cv-01838-GBD

## STIPULATION OF DISMISSAL

Plaintiff Conopco, Inc. d/b/a Unilever by its attorneys, Duane Morris LLP, hereby dismisses the above action, with prejudice and without costs against any Party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

_____
Adam J. Safer
MILLER & WRUBEL, P.C.
570 Lexington Avenue, 25th Floor
New York, NY 10022
(212) 336-3500 (Telephone)
(212) 336-3555 (Facsimile)
asafer@mw-law.com (Email)

and

Mark A. Cantor
BROOKS KUSHMAN P.C.
1000 Town Center Twenty-Second Floor
Southfield, MI 48075
248-358-4400 (Telephone)
248-358-3351 (Facsimile)
mcantor@brookskushman.com (Email)

_____
Gregory P. Gulia
Vanessa C. Hew
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
212-692-1000 (Telephone)
212-692-1020 (Facsimile)
gpgulia@duanemorris.com (Email)
vchew@duanemorris.com (Email)

SO ORDERED.

OCT 23 2013

_____
Hon. George B. Daniels
United States District Court Judge